UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

Larry Tran,
      Plaintiff,

   v.

Kohl's Corporation, et al.,
      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 2017-cv-269-PP

---

☐    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

**X**    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

      **THE COURT ORDERS AND ADJUDGES** that for the reasons stated on the record at the May 10, 2017 hearing, the court **DISMISSES** this case without prejudice for lack of subject-matter jurisdiction.

      Approved and dated in Milwaukee, Wisconsin this _11th_ day of May, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**


Steven C. Dries
Clerk of Court

/s/ C Bongi
_____
Deputy Clerk